JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIRIA DE LA TORRE, an individual,<br><br>                Plaintiff,<br><br>  v.<br><br>ABM INDUSTRY GROUPS, LLC, a Delaware limited liability company, and DOES 1 through 20, inclusive,<br><br>                Defendants. | Case No.: 2:21-cv-09187<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. RULE 41(A)(1)(A)-(B)**<br><br>Action filed:   October 18, 2021<br><br>Removal date:  November 23, 2021 |

**ORDER**

In consideration of the Parties' Joint Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)-(B), and for good cause shown, it is hereby ordered that the above captioned lawsuit is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.  Each party will bear its owns fees and costs.

**IT IS SO ORDERED:**

Date: November 28, 2022

_____
Hon. R. Gary Klausner
United States District Judge